ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR PICENO MADRIGAL and ERICK ACOSTA LARIOS,<br><br>Defendants. | Case No. 1:26-CR-00087-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: November 25, 2026<br>TIME: 1:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

Defendants Victor Piceno Madrigal and Erick Acosta Larios ("Defendants") and the United States of America ("United States") stipulate and request that the currently scheduled arraignments and Status Conference on November 25, 2026, at 1:00 p.m. be rescheduled to February 10, 2027, at 1:00 p.m.

Defense counsel require additional time to review discovery and consult with their clients. Defense counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period

November 25, 2026, to February 10, 2027, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendants, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled arraignments and Status Conference may be continued to February 10, 2027, at 1:00 p.m.
2. Time may be excluded from November 25, 2026, to February 10, 2027, inclusive.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 19, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER WILLIAMS
Federal Defender

Date: November 19, 2026

*/s/ Lisa Ndembu Lumeya*
LISA NDEMBU LUMEYA
ERIN MICHELE SNIDER
Assistant Federal Defenders
Attorney for Defendant
VICTOR PICENO MADRIGAL

Date: November 19, 2026

*/s/ Ryan Roth*
RYAN ROTH
Attorney for Defendant
ERICK ACOSTA LARIOS

**ORDER**

**IT IS SO ORDERED.** The currently scheduled arraignments and Status Conferences are continued to February 10, 2027, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 25, 2026, to February 10, 2027, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **November 20, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE